Errol H. Stambler, Esq.
10880 Wilshire Blvd., Suite 1050
Los Angeles, California 90024

O:  (310) 473-4525
F:  (310) 475-8187
estambler@msn.com

California State Bar Number: 58374

Party for: **Joanna Cassidy**

cc: USPO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  )
    PLAINTIFF,                                      )
                                                            )  Case No. 2:01-cr-00069-FMC-3
V.                                                               )
                                                            )  ORDER
JOANNA CASSIDY,                                  )
                                                            )
    DEFENDANT.                                    )
_____  )

UPON GOOD CAUSE AND WITHOUT OBJECTION FROM THE GOVERNMENT:

It is hereby Ordered that Supervised Release imposed on April 6, 2007, upon Ms. Joanna Cassidy is hereby terminated. Furthermore, Ms. Cassidy is relieved from further payment and/or obligation of Restitution in the above entitled matter. The Restitution, previously imposed, is not to be converted into a civil judgment against Ms. Cassidy.

Dated: April 16, 2008

_____
Judge of the United States District Court